# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2020

160356

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JACOB PAUL-ANTHONY BARNES,
    Defendant-Appellant.
_____/

SC: 160356
COA: 339431
Wayne CC: 16-010466-FC

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Court, the application for leave to appeal the August 15, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2020



Clerk

b0720